# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1559

VERSUS

RANDI ISAIAH BISHOP                          **DECEMBER 16, 2021**

---

In Re:    Randi Isaiah Bishop, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4333-F-2020.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion filed with the district court, the court's ruling on the motion, the felony bill of information, any minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before December 27, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**MRT**

McClendon, J., would issue an interim order and order the state to respond to the allegations in the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT